■ SECURITY PACIFIC BUSINESS CREDIT, INC., Respondent, v MAJI REALTY CORP. et al., Appellants, et al., Defendants.— Order Supreme Court, New York County (Harold Baer, Jr., J.), entered on February 20, 1992, unanimously affirmed for the reasons stated by Baer, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Asch, JJ.

(August 21, 1992)

■ In the Matter of STEPHEN L. HOLTZ, Appellant, v R. WELLS STOUT et al., Respondents.—Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), entered on August 20, 1992, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach and Rubin, JJ.